THE OFFICE OF THE
CLERK OF THE U.S. DISTRICT COURT
105 U.S. COURTHOUSE
46 EAST OHIO STREET
INDIANAPOLIS, INDIANA 46204

OFFICIAL BUSINESS



INDIANAPOLIS
IN 460
12 FEB '16
PM 2 L



02 1P        $ 000.48⁵
0003190095   FEB 12 2016
MAILED FROM ZIP CODE 46204

RECEIVED
FEB 23 2016
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

Anthony Spradley
Reg. No. 05772-028
United States Penitentiary
P.O. Box 2099
Pollock, Louisiana 71467

RETURN TO SENDER
Pollock Correctional Complex
Pollock, LA 71467
— No Authorization on File
— Cannot Identify Inmate Without Name
and/or Federal Register Number
— Forwarding Service Expired
— Not At This Facility
— Prison Facility, No Such Business

NIXIE    711   SE 1           0002/19/16
           RETURN TO SENDER
              REFUSED
          UNABLE TO FORWARD
     BC: 46204196399   *1812-08029-12-39

46204@1983
71467209