UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1:98-cr-00038-LJM-MJD |
| ) | |
| ANTHONY SPRADLEY (01), ) | |
| ) | |
| Defendant. ) | |

### ORDER

Defendant Anthony Spradley ("Defendant") has moved to obtain a copy of the transcript from a hearing held on his challenge to the calculation of his sentencing range under the U.S. Sentencing Guidelines. CM/ECF Dkt. No. 101. Transcripts will not be produced at public expense based on the Defendant's mere request. *See United States v. Estupinan-Paredes*, 967 F. Supp. 39, 40-41 (D.P.R. 1997). The transcript Defendant seeks can only be provided at public expense upon a determination by the Court that the transcript is needed to decide an issue presented in a non-frivolous proceeding pursuant to 28 U.S.C. § 2255, or in some other non-frivolous proceeding that presents a substantial question. *See* 28 U.S.C. § 753(f). These circumstances are not present in this cause at this time. However, a transcript of the proceedings was prepared prior to Defendant's direct appeal and is comprised of 40 pages. JAMS Dkt. No.372. Therefore, the Motion is **GRANTED** to the extent that if Defendant wants to obtain a copy of this transcript, he may obtain it by paying $0.50 per page, to the Clerk of the Court, Birch Bayh Federal

Building and United States Courthouse, 46 East Ohio Street, Room 105, Indianapolis, Indiana, 46204.

IT IS SO ORDERED.

DATED: __07/20/2016__

_____
LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Anthony Spradley
Reg. No. 05772-028
Federal Correctional Institution, Whitley – A
P.O. Box 4000
Manchester, KY  40962-4000

Bradley A. Blackington
UNITED STATES ATTORNEY'S OFFICE
bradley.blackington@usdoj.gov