UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1:98-cr-00038-LJM-MJD |
| ) | |
| ANTHONY SPRADLEY (01), ) | |
| ) | |
| Defendant. ) | |

## ORDER

Defendant Anthony Spradley ("Defendant") has again moved to obtain a transcript of an oral argument regarding application of a "murder cross-reference" that he alleges was held prior to sentencing. Dkt. No. 111. As Defendant has been advised before, transcripts will not be provided at public expense based on his mere request. *See United States v. Estupinan-Paredes*, 967 F. Supp. 39, 40-41 (D.P.R. 1997). The transcript Defendant seeks can only be provided at public expense upon a determination by the court that the transcript is needed to decide an issue presented in a non-frivolous proceeding pursuant to 28 U.S.C. § 2255, or in some other non-frivolous proceeding that presents a substantial question. *See* 28 U.S.C. § 753(f). These circumstances are not present at this time. However, if a transcript of the subject proceeding was previously prepared, the Motion is GRANTED to the extent that Defendant may obtain a copy of the transcript by identifying the appropriate transcript by Docket Number and by paying $0.50 per page, to the Clerk of the Court, Birch Bayh Federal Building and United States Courthouse, 46 East Ohio Street, Room 105, Indianapolis, Indiana. In order to facilitate Defendant's ability to correctly identify the transcript of the proceeding in question, the

Clerk of the Court is directed to include a copy of both the JAMS and the ECF docket sheets with Defendant's copy of this Order.

Defendant's Motion for Copies is DENIED in all other respects.

IT IS SO ORDERED this 14th day of September, 2016.

_____
LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Anthony Spradley
Reg. No. 05722-028
FCI Manchester
P.O. Box 4000
Manchester, KY 40962

Bradley A. Blackington
UNITED STATES ATTORNEY'S OFFICE
bradley.blackington@usdoj.gov