October 13, 2021

Judge Magnus-Stinson
United States District Court
Southern District of Indiana
46 E Ohio St.
Indianapolis, IN 46204

Dear Judge Magnus-Stinson,

My name is Kevin Lee. I am a lifelong friend of Anthony Spradley. I write this letter in support of Anthony's effort to regain his freedom.

Anthony and I were born and raised in the same Indianapolis neighborhood. We have known each other since I was 12 years old. Through hard work and determination, I built a successful multi-million dollar record label and entertainment management company. The name of my company is Quality Control Music. I have received several honors for my work and philanthropy. *Billboard* honored me (along with my business partner) as Executives of the Year in 2018's R&B/Hip Hop Power Issue. *Variety Magazine* named us as the year's top innovators. I have been featured in *The New Yorker*, and that article is available online at the following link:
https://www.newyorker.com/magazine/2017/12/18/how-coach-k-guides-atlantas-hip-hop-stars

I share this information with you to show that I stand ready and able to support Anthony when he is released. I will use my resources to provide support and Anthony's housing so that he has a good foundation to rebuild his life. I will also provide Anthony with opportunities in my philanthropic ventures, which work to give back to the community. I wholeheartedly believe in Anthony's ability to succeed beyond prison. In fact, I believe he owes that to our community and I am willing to help him.

As you make your decision, I welcome the chance to address the Court in order to provide any other additional information you may need. Thank you for your time and I hope you consider this letter and my sincere desire to support Anthony in his transition home.

Respectfully,

Kevin Lee
Atlanta, GA
10/13/2021